## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **GUADALUPE ADAMS** | : |
| | : |
| | : |
| **v.** | : |
| | : Case No. 6:15-cv-1061-JTM-KGG |
| **ANDOVER SQUARE** | : |

## FINAL ORDER

THIS CAUSE came before the Court on the Joint Stipulation of Dismissal, and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1) The above-styled cause be and the same is hereby DISMISSED with prejudice;

2) The parties bear their own respective attorneys' fees and costs; and

3) To the extent not otherwise disposed herein, all pending motions are hereby denied or moot and the case is closed.

DONE and ORDERED, this 2nd day of November, 2015.

                                                      __s/ J. Thomas Marten_____
                                                        Honorable J. Thomas Marten